5 So.2d 828

**STATE v. Ralph PARRISH.**

**7 Div. 641.**

Court of Appeals of Alabama.

June 17, 1941.

Rehearing Denied June 30, 1941.

Thos. S. Lawson, Atty. Gen., John J. Haynes, Asst. Atty. Gen., and A. E. Hawkins and Leonard Crawford, both of Fort Payne, for appellant.

Scott & Dawson and C. A. Wolfes, all of Fort Payne, for appellee.

RICE, Judge.

Affirmed.